THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL MARTE, Appellant.

Submitted October 27, 2008; decided November 20, 2008

Motion for assignment of counsel granted and Lynn W.L. Fa-

hey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.